# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 20, 2023

### NO. 03-22-00100-CV

**Rosita Johnson, Appellant**

**v.**

**Raymond Nicholas Kimbrough, Appellee**

**APPEAL FROM THE 20TH DISTRICT COURT OF MILAM COUNTY
BEFORE JUSTICES BAKER, KELLY, AND THEOFANIS
REVERSED AND REMANDED -- OPINION BY JUSTICE BAKER**

This is an appeal from the order in a suit affecting the parent-child relationship signed by the trial court on January 5, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's order in a suit affecting the parent-child relationship and remands the case to the trial court for further proceedings consistent with this opinion. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.